# P<small>HOENIX</small> F<small>RESH</small> S<small>TART</small> B<small>ANKRUPTCY</small>

ATTORNEYS AT LAW
4602 E THOMAS ST
PHOENIX AZ  85018

TELEPHONE (602) 598-5075
FAX (847) 673-8636

### Post- Petition Fee Agreement

### DO NOT SIGN THIS AGREEMENT UNLESS YOU ALREADY HAVE
### A BANKRUPTCY CASE NUMBER

The undersigned has previously hired Phoenix Fresh Start Bankruptcy. ("Firm") to file a Chapter 7 Bankruptcy.  Firm has done so and my case No. _____26-bk-04891_____ has been filed.

1.      This agreement supplements and reaffirms my agreement with Firm dated _05 / 24 / 2026___ wherein I contemplated paying Firm the sum of $2,100 after filing my case was filed.

2.      Firm has informed me that as a result of my filing bankruptcy, I have <u>no current legal obligation to pay Firm any fees</u> to complete my bankruptcy.

3.      I understand that signing this agreement creates a <u>new obligation</u> for me to pay Firm for services which I am already entitled to.  However, I understand that if I do not sign this agreement, Firm may ask the bankruptcy court for permission to withdraw from further representing me in my bankruptcy case.

4.      I am informed that Firm has an inherent conflict of interest in asking me to sign this agreement.  The conflict is that I hired Firm to relieve me of my debts, but Firm is asking me to enter into this agreement which is causing me to incur new debt and my signing this agreement is in the Firm's own self-interest.  By signing this agreement, I understand that I am waiving this conflict.

5.      Notwithstanding the fact that I am <u>not required to sign this agreement or pay</u> Firm any additional amounts, I would like to do so and would like to pay Firm in the following manner so that Firm does not attempt to withdraw from my case and so that Firm completes all services necessary in my bankruptcy as set forth in my original fee agreement with monthly payments starting on <u>JUNE</u>_____, <u>18TH</u>___:

| | |
|---|---|
| $175 on or before _18TH_____ ; | $175 on or before __18TH_____ ; |
| $175 on or before __18TH_____ ; | $175 on or before __18TH_____ ; |
| $175 on or before __18TH_____ ; | $175 on or before __18TH_____ ; |
| $175 on or before __18TH_____ ; | $175 on or before __18TH_____ ; |
| $175 on or before __18TH_____ ; | $175 on or before __18TH_____ ; |
| $175 on or before __18TH_____ , | $175 on or before __18TH_____ ; |

6.      Firm agrees that it will not seek to withdraw from representing me in my bankruptcy case and will continue to represent me in my bankruptcy.

7.      Firm agrees that in the event I do not receive a discharge of my debts as a result of Firm's failure to provide any service, Firm will <u>promptly refund me all payments</u> received under this agreement.

_____
Phoenix Fresh Start Bankruptcy
A Debt Relief Agency

AGREED TO:

_____    05 / 24 / 2026
Client BRENDA K COKER        Date

_____    _____
Client                      Date

16

05 / 24 / 2026

Doc ID: 5ee4324ea21cbf8369d2414d004beae8a5846b00

# PHOENIX FRESH START BANKRUPTCY

ATTORNEYS AT LAW
4602 E THOMAS ST
PHOENIX AZ  85018

_____

TELEPHONE (602) 598-5075
FAX (847) 673-8636

## Recurring Payment Authorization Form

Schedule your payment to be automatically deducted from your bank account.  Just complete and sign this form to get started!

**Recurring Payments Will Make Your Life Easier:**
- It's convenient (saving you time and postage)
- Your payment is always on time (even if you're out of town), eliminating late charges

**Here's How Recurring Payments Work:**
You authorize regularly scheduled charges to your checking/savings account.  You will be charged the amount indicated below each billing period.  The charge will appear on your bank statement as an "ACH Debit."
You agree that no prior-notification will be provided.

**Please complete the information below:**

**Printed Name:** - BRENDA K COKER        **Case Number:** 26-bk-04891

**Debit Card**

Card Number: 4750   5561   2313   5316

Exp Date: 06/30

Security Code: 846

Billing Zip: 85027

SIGNATURE _____        DATE 05 / 24 / 2026

I understand that this authorization will remain in effect until I cancel it in writing, and I agree to notify Phoenix Fresh Start Bankruptcy/Cutler and Associates, Ltd. (Firm) in writing of any changes in my account information or termination of this authorization at least 15 days prior to the next billing date.  **In the event I terminate these payments Firm, may elect to withdraw from my bankruptcy case and cease all work on my case.**  If the above noted payment dates fall on a weekend or holiday, I understand that the payments may be executed on the next business day.  For ACH debits to my checking/savings account, I understand that because these are electronic transactions, these funds may be withdrawn from my account as soon as the above noted periodic transaction dates.  In the case of an ACH Transaction being rejected for Non Sufficient Funds (NSF) I understand that Firm may at its discretion attempt to process the charge again within 30 days, and agree to an additional **$25 charge** for each attempt returned NSF which will be initiated as a separate transaction from the authorized recurring payment. I acknowledge that the origination of ACH transactions to my account must comply with the provisions of U.S. law.  I certify that I am an authorized user of this bank account and will not dispute these scheduled transactions with my bank; so long as the transactions correspond to the terms indicated in this authorization form.

Doc ID: 5ee4324ea21cbf8369d2414d004beae8a5846b00

 

| | |
|---|---|
| **Title** | 12 X $175 SINGLE Post Petition Chapter 7 Agreement- COKER |
| **File name** | AZ_NEW__2026_PFA.pdf |
| **Document ID** | 5ee4324ea21cbf8369d2414d004beae8a5846b00 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

| | | |
|---|---|---|
| **SENT** | **05 / 24 / 2026**<br>15:53:44 UTC-4 | Sent for signature to BRENDA K COKER (bren_eop@yahoo.com) by integrations@hellosign.com acting on behalf of david@cutlerltd.com<br>IP: 45.21.75.1 |
| **VIEWED** | **05 / 24 / 2026**<br>16:55:13 UTC-4 | Viewed by BRENDA K COKER (bren_eop@yahoo.com)<br>IP: 71.223.127.8 |
| **SIGNED** | **05 / 24 / 2026**<br>16:57:49 UTC-4 | Signed by BRENDA K COKER (bren_eop@yahoo.com)<br>IP: 71.223.127.8 |
| **COMPLETED** | **05 / 24 / 2026**<br>16:57:49 UTC-4 | The document has been completed. |